## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

Kevin Scheunemann

      Plaintiff,

Vs.      **Court File No.: 2:11-cv-00855**

MRS Associates

      Defendant,

## Supplemental Affidavit of Kevin Scheunemann

**I, Kevin Scheunemann, of age and competent to testify, state as follows based on my own personal knowledge:**

**1.) I currently only own one "Dairy Queen" restaurant. I have only owned one "Dairy Queen" restaurant the past 4 years**

**2.) I currently serve as a Kewaskum Village Trustee. I was elected in April 2011 for my current Village Trustee term.**

**3.) Cindy D. Salvo has represented to me that she is an attorney for the Salvo law firm and not an employee or custodian of records for MRS Associates.**

**4.) When approached with debt collectors trying to extract large sums of illegal money on claims that do not legally exist, I sometimes get frustrated and angry. MRS Associates attempted to extort money from me on numerous occasions despite calmly explaining the Statue of Repose issue *extinguishing* the "AMEX" claim. Nearly every debt collector, in my experience, is trained to ignore legitimate consumer arguments. Collectors from MRS Associates did not care about the Statue of Repose issue and kept up their illegal activity against me, despite several attempts by me to explain the issue.**

**Dated in Washington County, Wisconsin this** $\underline{14th}$ **day of** $\underline{Oct}$
**2011.**


**By:** _____

**Kevin Scheunemann**
**210 Dream Catcher Dr**
**Kewaskum, WI 53040**


**STATE OF WISCONSIN INDIVIDUAL ACKNOWLEDGMENT**

**COUNTY OF** $\underline{Washington}$

**Before me, the undersigned, a Notary Public in and for said County and State on**

**this** $\underline{17th}$ **day of** $\underline{October}$ **2011, personally appeared** $\underline{Kevin\ Scheunemann}$

**to me known to be the identical person who executed the within and foregoing instrument**

**and acknowledged to me that he executed the same as his free and voluntary act.**

**Given under my hand and seal the day and year last above written.**

**My commission expires** $\underline{2-3-15}$

_____ **Notary Public**



